UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **WENDALL MOYE,**<br>10809 Georgia Avenue, Apt. 202<br>Silver Springs, MD 20902<br><br>INDIVIDUALLY AND ON BEHALF OF ALL OTHERS<br>SIMILARLY SITUATED,<br><br>*Plaintiff,*<br><br>v.<br><br>**SHARCON HOSPITALITY OF D.C., INC.**<br>**d/b/a TRAVELODGE GATEWAY HOTEL**<br>1917 Bladensburg Road NE<br>Washington D.C., 20002<br><br>**Serve on:**<br>Corporation Service Company,<br>1090 Vermont Avenue NW,<br>Washington DC 20005-4905<br><br>*Defendant.* | §§§§§§§§§§§§§§§§§§§§§§<br><br>Civil Action No. _____<br><br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff Wendall Moye files this, his Certificate of Interested Parties, and respectfully names for the Court certain interested parties as follows:

1. Wendall Moye (Plaintiff)

2. Edwards Burns & Krider LLP (Plaintiff's Counsel)

3. Bruckner Burch PLLC (Plaintiff's Counsel)

4. Sharcon Hospitality of D.C., Inc. d/b/a Travelodge Gateway Hotel (Defendant)

Plaintiff will amend this certificate as additional parties are added to this lawsuit.

1

Respectfully submitted,

*(signature)*

Steven A. Luxton
D.C. Federal Bar No. 470468
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
410.454.0012
410.454.0146 (facsimile)

ATTORNEYS FOR PLAINTIFF MOYE,
THE MEMBERS OF THE COLLECTIVE ACTION CLASS
AND THE MEMBERS OF THE CLASS ACTION CLASS

OF COUNSEL:

Brady Edwards
Sandra Thourot Krider
Patrick K.A. Elkins
EDWARDS BURNS & KRIDER LLP
1000 Louisiana, Suite 1300
Houston, Texas 77002
713.339.3233
713.339.2233 (facsimile)

Rex Burch
BRUCKNER BURCH PLLC
5847 San Felipe, Suite 3900
Houston, Texas 77057
713.877.8788
713.877.8065 (facsimile)