06CV00511
LABOR/ERISA

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE Friday, 4/7/06 at 2:35 p.m. |
| NAME OF SERVER (PRINT) James D. Binsted | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CSC, 1090 Vermont Ave. #430, Wash. D.C. 20005  Renee Rice (Team Leader)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| —0— | $75.00 | $75.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/10/06
             Date

Signature of Server

J. BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160

Address of Server

attachments also served:
1. Initial Electronic Case Filing Order & Registration Form.
2. Consent to Proceed before a U.S. Magistrate Judge for all Purposes.
3. Original Collective Action & Class Action Complaint with Jury Demand and Plaintiff's Certificate of Interested Persons
4. Blank Civil Cover Sheet (2 pages) for Defendant
5. Plaintiff's Civil Cover Sheet (filled out)
JBinsted

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

WENDALL MOYE, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

**SUMMONS IN A CIVIL CASE**

V.

SHARCON HOSPITALITY OF D.C., INC.
d/b/a TRAVELODGE GATEWAY HOTEL

CASE NUMBER  1:06CV00511

JUDGE: Ellen Segal Huvelle

DECK TYPE: Labor/ERISA (non-employme[nt])

DATE STAMP: 03/16/2006

TO: (Name and address of Defendant)

SHARCON HOSPITALITY OF D.C., INC. d/b/a TRAVELODGE
GATEWAY HOTEL via its Registered Agent
Corporation Service Company
1090 Vermont Avenue NW
Washington DC 20005-4905

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven A. Luxton
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
410.454.0012
410.454.0146 (facsimile)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

_Janitus Stewart-Curd_
(By) DEPUTY CLERK

MAR 16 2006
DATE