IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDALL MOYE | * |
|     Plaintiff | * |
| v. | *  Civil Court Action No: 1:06-CV-00511 |
| |    Judge Ellen Segal Huvelle |
| SHARCON HOSPITALITY OF D.C., INC. | * |
|     Defendant | * |

\*   \*   \*   \*   \*   \*      \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

**THE CLERK OF THE COURT** shall kindly note the appearance of John J. Hathway, Esquire, and the law firm of Whiteford, Taylor & Preston, LLP, as counsel for Defendant SharCon Hospitality of D.C., Inc.

/s/ *John J. Hathway*
John J. Hathway, Esq. (#412664)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Washington, DC 20036-5405
(202) 659-6800

Attorney for Defendant,
*SharCon Hospitality of D.C., Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, 2005, a copy of the foregoing Entry of Appearance was electronically filed with the U.S. District Court for the District of Columbia who shall forward a copy to:

Steven A. Luxton, Esq.
Edwards, Burns & Krider, LLP
Suite 1402
201 North Charles Street
Baltimore, MD  21210
*Counsel for Plaintiff*

/s/ *John J. Hathway*
John J. Hathway

*186875*