IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDALL MOYE | * |
|     Plaintiff | * |
| v. | *   Civil Court Action No: 1:06-CV-00511 <br>     Judge Ellen Segal Huvelle |
| SHARCON HOSPITALITY OF D.C., INC. | * |
|     Defendant | * |

\*   \*   \*   \*   \*   \*      \*   \*   \*   \*   \*

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. Pro. 41(a), the parties hereby stipulate the Dismissal of the instant action, with prejudice, as the case has been settled.

_____/s/_____       _____/s/_____
John J. Hathway, Bar #412664     Steven A. Luxton
jhathway@wtplaw.com     Edwards, Burns & Krider, LLP
Kevin C. McCormick     Suite 1402
kmccormick@wtplaw.com     201 North Charles Street
Whiteford, Taylor & Preston     Baltimore, Maryland 21210
1025 Connecticut Avenue, N.W.     Counsel for Plaintiff
Suite 400     Wendall Moye
Washington, DC 20036
Counsel for Defendant
SharCon Hospitality of D.C., Inc.


    SO ORDERED:_____
                           United States District Judge


    DATE:     _____

1674635